# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT VITO and UNEQUAL TECHNOLOGIES COMPANY | : : : | CIVIL ACTION |
| v. | : : | |
| RSUI INDEMNITY COMPANY | : | NO. 19-1941 |

## ORDER

**NOW**, this 5th day of September, 2019, upon consideration of the Defendant's Motion for Leave to File Exhibit 4 to its Answers and Affirmative Defenses to Plaintiff's Complaint Under Seal (Document No. 14), it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.