# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT VITO and | : | CIVIL ACTION |
| UNEQUAL TECHNOLOGIES COMPANY | : | |
| | : | |
| v. | : | |
| | : | |
| RSUI INDEMNITY COMPANY | : | NO. 19-1941 |

## ORDER

**NOW,** this 27th day of January, 2020, consistent with the Memorandum Opinion issued this date, **IT IS ORDERED** that **JUDGMENT** is entered in favor of the plaintiffs Robert Vito and Unequal Technologies Company and against the defendant RSUI Indemnity Company.

**IT IS FURTHER ORDERED** that the defendant RSUI Indemnity Company has a duty to defend the plaintiffs Robert Vito and Unequal Technologies Company in the action pending in the Common Pleas Court of Chester County, Pennsylvania, captioned *Joseph D'Ascenzo v. Unequal Technologies Company and Robert Vito and William Landman and Matscitechno Licensing Company, and INC International Company and Americ Investment, Inc. and V1 Capital, Inc.*, Case No. 2018-06104.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.