IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNEQUAL TECHNOLOGIES AND ROBERT VITO )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RSUI INDEMNITY COMPANY, )<br>)<br>Defendant. ) | Civil Action No.<br>2:19-cv-01941-TJS |

### NOTICE OF APPEAL

Notice is hereby given that the Defendant, RSUI Indemnity Company ("RSUI"), appeals to the United States Court of Appeals for the Third Circuit from this Court's Memorandum Opinion and Order denying RSUI's motion for judgment on the pleadings dated January 27, 2020 and entered on January 28, 2020 (Dkt. Nos. 26 and 27), and from the Order entering Judgment in favor of the Plaintiffs, Unequal Technologies and Robert Vito, and against Defendant, RSUI) dated January 27, 2020 and entered on January 28, 2020 (Dkt. No. 28).

SPECTOR GADON ROSEN VINCI PC
By:/s/ *Jay E. Kagan*
Jay E. Kagan (PA Attorney ID No. 76204)
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215.241.8813/215.531.9116 *(Fax)*
jkagan@sgrvlaw.com

ARONBERG GOLDGEHN DAVIS & ARMISA
By:/s/ *Thomas K. Hanekamp*
Thomas K. Hanekamp (admitted *pro hac vice*)
330 North Wabash, Suite 1700
Chicago, IL 60611
312.755.3160/312.222.6388 *(Fax)*
thanekamp@agdglaw.com

*Attorneys for RSUI Indemnity Company*

## CERTIFICATE OF SERVICE

I, Jay E. Kagan, hereby certify that true and correct copies of the foregoing Notice of Appeal were served upon counsel of record for all parties upon its filing and acceptance through the Court's Electronic Case Filing system.

Dated February 26, 2020

*/s/ Jay E. Kagan*
Jay E. Kagan
