# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1429

Robert Vito, et al v. RSUI Indemnity Co

(U.S. District Court No.: 2-19-cv-01941)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   December 10, 2020
TMM/cc:  Ms. Kate Barkman
Lisa J. Brodsky, Esq.
Mr. Thomas K. Hanekamp, Esq.
Jay E. Kagan, Esq.
Walter J. Timby III, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate